IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FILIA UIPI,**<br><br>                    Petitioner,<br><br>          v.<br><br>**DIANA BUTLER,**<br><br>                    Respondent. | CASE NO. CIV S-04-1301 MCE KJM P<br><br>**ORDER** |

GOOD CAUSE APPEARING, Respondent is granted leave to file a Supplemental Answer to the Petition for Writ of Habeas Corpus.  Petitioner may file a reply within 30 days from the date of service of this order.  The Clerk is directed to file the Supplemental Answer attached to Respondent's request for leave.

DATED: July 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

uipi1301.ext.wpd

Order Granting Leave to File Supplemental Answer