IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILIA UIPI,

      Petitioner,               No. CIV-S-04-1301 MCE KJM P

      vs.

DIANA BUTLER,

      Respondent.             ORDER

_____/

      On July 27, 2005, the court granted respondent's July 20, 2005 request for leave to file a supplemental answer and directed the Clerk of the Court to remove the supplemental answer attached to respondent's July 20 request and file it separately. When the Clerk attempted to do so, it was discovered that the caption appearing on the supplemental answer is incorrect. Respondent now seeks leave to file a corrected supplemental answer. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's July 27, 2005 amended request for leave to file a supplemental answer is granted;

/////

/////

/////

1    2.  The Clerk of the Court is directed to remove the supplemental answer from
respondent's July 27, 2005 "amended request" and file it separately;

3.  The court's July 27, 2005 order is vacated; and

4.  Petitioner may file a traverse within thirty days of this order.

DATED: August 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
uipi1301.111